## (November 16, 1976)

■ MARIO C. CIUFO, Appellant, v MICHAEL J. CODD, as Police Commissioner of the New York City Police Department and as Chairman of the Board of Trustees of Police Pension Fund, et al., Respondents.—Judgment, Supreme Court, New York County, entered on December 30, 1974, unanimously affirmed for the reasons stated by Baer, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman, Murphy and Silverman, JJ.

■ In the Matter of THOMAS A. LA TORRE, Appellant, v MICHAEL J. CODD, as Police Commissioner of the New York City Police Department and as Chairman of the Board of Trustees of Police Pension Fund, et al., Respondents.—Judgment, Supreme Court, New York County, entered on November 25, 1974, unanimously affirmed for the reasons stated by Spector, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman, Murphy and Silverman, JJ.

■ JOSEPH KWIATKOWSKI, Appellant, v PEAT, MARWICK, MITCHELL & CO. et al., Respondents.—Order, Supreme Court, New York County, entered on August 5, 1975, unanimously affirmed on opinion of Hughes, J., at Special Term, and that the respondents recover of the appellant one bill of $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Capozzoli, Nunez and Yesawich, JJ.

■ NANCY MALKIN, Appellant, v ANNE WRIGHT et al., Respondents.—Order, Supreme Court, New York County, entered on April 12, 1976, unanimously affirmed for the reasons given by Nadel, J., without costs and without disbursements. Concur—Kupferman, J. P., Birns, Capozzoli, Nunez and Yesawich, JJ.

■ STERLING ELECTRONICS CORPORATION, Respondent, v PANTANA, INC., et al., Appellants.—Order, Supreme Court, New York County, entered on May 13, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, and that the respondent recover of the appellants $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Lupiano, Silverman, Lane and Yesawich, JJ.

■ MARTIN TRIGOBOFF, Respondent, v JAYVEE BRAND, INC., Appellant, et al., Defendants.—Order, Supreme Court, New York County, entered on May 12, 1976, unanimously affirmed for the reasons stated by Tyler, J., at Special Term. Respondent shall recover of the appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Silverman, Capozzoli and Nunez, JJ.